UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 46233
   KIMBERLY T APPLING
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-1746
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 12/16/04 and confirmed on 02/04/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 19208.76 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 1700.00 | 171.76 | 1700.00 |
| CONSUMER PORTFOLIO SERVI | SECURED | 11000.00 | 1236.10 | 11000.00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER PORTFOLIO SERVI | UNSECURED | 3610.51 | .00 | 1381.41 |
| AMERICAN GENERAL FINANCE | UNSECURED | 20.00 | .00 | 7.65 |

   Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12700.00 | .00 | 3630.51 | .00 | 16330.51 |
| PRINCIPAL PAID | 12700.00 | .00 | 1389.06 | .00 | 14089.06 |
| INTEREST PAID | 1407.86 | .00 | .00 | .00 | 1407.86 |
| TOTAL PAID | 14107.86 | .00 | 1389.06 | .00 | 15496.92 |

The Debtor's attorney, PETER FRANCIS GERACI       , was allowed $   2700.00 and was paid $    100.00  direct and $   2600.00  through the plan.

The Trustee received $    803.08 .

Refunds to the Debtor totaled $    308.76 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/09/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 04 B 46233 KIMBERLY T APPLING
```